GENZYME CORPORATION, Genzyme Surgical Products Corporation, Donald P. Elliott, Lynn Halseth, Nicholas F. D'antonio, and Nicholas J. D'Antonio, Plaintiffs–Appellants,

v.

ATRIUM MEDICAL CORPORATION, Defendants–Cross Appellants.

No. 04–1409, 04–1430.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2004.

Merriann M. Panarella, Principal Attorney, Wayne L. Stoner, Gregory P. Teran, William Lee, of Counsel, Wilmer Cutler, Boston, MA, for Defendant–Cross Appellant.

Donald R. Dunner, Principal Attorney, Finnegan, Henderson, Washington, DC, for Plaintiffs–Appellants.

### ORDER

Atrium Medical Corporation moves to dismiss these appeals as premature. Atrium states that Genzyme Corporation et al. does not oppose.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are dismissed as premature.

(2) Each side shall bear its own costs.